AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

HANGXIAO CHE, *an individual*
DENGXING CHEN, *an individual*
JIANGUANG CHU, *an individual*
WAN YUN FENG, *an individual*
GUOSHEN GAO, *an individual*
XING GAO, *an individual*
ZUFANG HE, *an individual*
BINGDONG JIANG, *an individual*
WANXIA JIN, *an individual*
JIAQI LIU, *an individual*
CHENDUO QI, *an individual and husband of Decedent Xiuyun Chen*
WENHAO QI, *an individual and son of Decedent Xiuyun Chen*
SHOUQI SHEN, *an individual*
YOUXIN SONG, *an individual*
BINGMEI XIE, *an individual*
DONG MEI XU, *an individual*
QIAN XU, *an individual*
QIN XU, *an individual*
ZUMIAN WANG, *an individual*
GUIFANG ZHOU, *an individual*


                    Plaintiffs


        v.

                                                    Civil Action No.  3:21-cv-554


DAIMLER TRUCKS NORTH AMERICA LLC
*a Delaware limited liability company, TERMINATED: 03/11/2026*
DAIMLER TRUCKS & BUSES US HOLDING, LLC
*a Delaware limited liability company, TERMINATED: 03/11/2026*
DAIMLER AG, *a German corporation, TERMINATED: 05/05/2022*
TRUCK CENTERS, INC., *an Illinois corporation, TERMINATED: 08/29/2022*
SVO GROUP, INC., *an Indiana corporation, TERMINATED: 11/05/2024*
TERRANCE MINIX, *an individual, TERMINATED: 11/05/2024*
EMBASSY SPECIALTY VEHICLES, LLC, *an Indiana limited liability company*
*TERMINATED: 11/05/2024*
DOES, *1-50, TERMINATED: 07/12/2021*
MERCEDES-BENZ GROUP AG, *TERMINATED: 10/26/2022*
COACHWEST LUXURY & PROFESSIONAL MOTORCARS, INC.


                    Defendants

AO 450 (Rev. 01/09) Judgment in a Civil Action

**AMENDED JUDGMENT IN A CIVIL ACTION**

The court has ordered that (*check one*):

____ the plaintiff_____
recover from the defendant _____the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____% along with costs.

____ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

_X_ Other: Judgment ENTERED in favor of the defendants Daimler Trucks North America LLC, Daimler Trucks & Buses US Holding, LLC and Coachwest Luxury & Professional Motorcars, Inc., and against plaintiffs Hangxiao Che, Dengxing Chen, Jianguang Chu, Wan Yun Feng, Guoshen Gao, Xing Gao, Zufang He, Bingdong Jiang, Wanxia Jin, Jiaqi Liu, Chenduo Qi, Wenhao Qi, Shouqi Shen, Youxin Song, Bingmei Xie, Dong Mei Xu, Qian Xu, Qin Xu, Zumian Wang, and Guifang Zhou.

This action was (*check one*):

____tried to a jury with Judge _____presiding, and the jury has rendered a verdict.

____tried by Judge _____without a jury and the above decision was reached.

_X_ decided by Judge Cristal C Brisco on Motion for Summary Judgment.

DATE: 4/15/2026                                    CHANDA J. BERTA, CLERK OF COURT


                                                   by   s/A. Highlen_____
                                                   *Signature of Clerk or Deputy Clerk*